Case 3:19-mj-00697-CHL   Document 1   Filed 10/03/19   Page 1 of 5 PageID #: 1

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

**FILED**
VANESSA L. ARMSTRONG, CLERK
OCT 03 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. |
| FRANK GARCIA GUTIERREZ | ) 3:19-MJ-697 |
| Defendant | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the dates of <u>August 2017 through November 2018</u> in the County of Jefferson in the Western District of Kentucky, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1343 | Wire Fraud |
| 18 U.S.C. 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

X    Continued on the attached sheet

_____A. M. Mehall_____
Complainant's signature

Aaron Mehall, U.S. Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/3/2019

_____Colin Lindsay_____
Judge's Signature

City and State: Louisville, Kentucky

Colin H. Lindsay, U.S. Magistrate Judge
Printed Name and Title

JDJ (AUSA initials)

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Aaron Mehall, being duly sworn, depose and state as follows:

## I. INTRODUCTION

1. I am employed as a US Postal Inspector and have been so employed since January 2013. I am currently assigned to the Louisville, KY office of the United States Postal Inspection Service. Affiant's duties include the investigation of mail fraud schemes in violation of Title 18 United States Code, Section 1341, as well as other criminal offenses. Prior to becoming a Postal Inspector your affiant was employed as a Staff Operations Specialist with the Federal Bureau of Investigation for a period of four and one half (4 ½) years.

2. The facts in this affidavit have been obtained through my personal observations, training and experience from my work with the Postal Inspection Service and the Federal Bureau of Investigation, interviews with law enforcement, interviews of witnesses and victims and a review of the evidence. Not all of the facts of the investigation known to me are contained herein, only those necessary to establish probable cause for an arrest warrant. I know that:

3. This affidavit is submitted in support of a criminal complaint and application for an arrest warrant charging FRANK GARCIA GUTIERREZ (hereinafter referred to as "GARCIA") with 18 U.S.C. 1343 (Wire Fraud) and 18 U.S.C. 1028(A) (Aggravated Identity Theft).

## II. SUMMARY

4. This affidavit is made in connection with a criminal investigation by the U.S. Postal Inspection Service, Internal Revenue Service (IRS-CI) and Federal Bureau of Investigation (FBI). There is probable cause to believe that GARCIA stole multiple checks issued by insurance providers to KYPT, PLLC. GARCIA signed the name of KYPT's owner, Ann Eggert, a physician from Georgia, on the back of the checks without authorization, and ultimately deposited the proceeds into his personal bank accounts. GARCIA executed a scheme and artifice to defraud the owner of KYPT, PLLC and caused a wire transmission in interstate commerce in furtherance of the scheme on the servers of PNC Bank when he deposited the fraudulently endorsed checks into his bank account in violation of 18 U.S.C. 1343. GARCIA also unlawfully used a means of identification of another person, the name of Ann Eggert, in connection with the wire fraud scheme in violation of 18 U.S.C. 1028A.

## III. STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

5. Your affiant, along with assistance from other law enforcement entities, has been investigating suspicious business transactions involving GARCIA and several others through multiple businesses, to include KYPT, PLLC. According to the Kentucky Secretary of State website, KYPT, PLLC was incorporated on July 22, 2019 by Ann

1

Eggert, using an address of 5520 Fern Valley Rd. STE 108 Louisville, KY 40228. Searches also indicate that KY PT, PLLC was incorporated on March 14, 2016 by Ann Eggert using the same address. This company dissolved on October 16, 2018. Your affiant believes the new KYPT took the place of KY PT.

6. Through this investigation, your affiant has learned that Ann Eggert is the step mother of John Byrnes, a Louisville based personal injury attorney. Previous investigations, witness interviews, and other means have revealed that GARCIA works for Byrnes Law Office (BLO). On May 23, 2019, your affiant interviewed GARCIA at GARCIA's residence. GARCIA confirmed he has worked for BLO since 2011. According to GARCIA, his role at BLO includes interpreting for Spanish speaking clients, meeting with new clients, and email communication with insurance companies.

7. GARCIA advised he met Ann Eggert just before he began working at BLO. GARCIA said Eggert opened KYPT, PLLC, and he assisted by recruiting workers for the business. GARCIA also acted as the office manager because Eggert lives out of state. According to GARCIA, he is not an employee of KYPT, PLLC, but did receive some payments for the work he did for the company. GARCIA would receive money to pay bills on behalf of KYPT, PLLC, and whatever was left over, he would keep.

8. Investigators served grand jury subpoenas to various financial institutions involving GARCIA and others. A breakdown of some of the pertinent facts from some of those banking records is detailed below:

9. GARCIA opened JP Morgan Chase checking account ending in 3686 on December 10, 2010. GARCIA used his social security number, date of birth, and driver's license, among other identifying factors when opening this account. GARCIA is the only listed signatory on this account.

10. GARCIA also opened JP Morgan Chase checking account ending in 9599 on December 10, 2010. GARCIA used his social security number, date of birth, and driver's license, among other identifying factors when opening this account. GARCIA is the only listed signatory on this account.

11. On September 27, 2019, investigators interviewed Eggert. Eggert advised that she met GARCIA through Byrnes. Eggert said GARCIA was a liaison between BLO and KYPT. GARCIA was a translator between Spanish speaking patients and Dr. Eddingfield, the chiropractor at KYPT. GARCIA was also a courier of Personal Insurance Protection (PIP) checks between KYPT and BLO.

12. Eggert advised she incorporated KYPT in 2016 and is the sole owner. According to Eggert, KYPT was established to provide better health care for clients of BLO. Eggert said Byrnes approached Eggert to open KYPT. Eggert advised BLO would send patients to KYPT for treatment. KYPT's income was from PIP checks from insurance companies.

13. According to Eggert, all workers at KYPT were contractors due to everyone being part-time, until approximately January 2019. Eggert advised in 2017 and 2018, Byrnes handled paying personnel of KYPT. In 2019, Eggert took over payroll duties.

14. Byrnes assisted Eggert in establishing the KYPT business bank account at PNC Bank. Eggert and Byrnes are both signatories on the PNC account ending in 5517. According to Eggert, Byrnes would use a stamp of Eggert's name to sign business checks of KYPT or sign the checks himself. Eggert said Byrnes was authorized to use the KYPT bank account to pay operational and payroll expenses of KYPT.

15. Eggert advised she was met with resistance when she visited KYPT by GARCIA and another employee GARCIA hired because Eggert wanted them to keep better business records. Eggert advised that in June or July 2019, she realized there were multiple insurance checks missing. Eggert said she requested copies of some of these checks and realized that GARCIA had been forging her name and endorsing his own name on the back of the checks.

16. Eggert was shown multiple checks images from insurance companies made payable to Ann Eggert or KYPT and asked if GARCIA had permission to sign and deposit the checks. Eggert said GARCIA did not have permission to sign and/or deposit these checks into his personal bank accounts. Below are several examples of checks GARCIA forged Eggert's name and endorsed himself, prior to depositing into his personal accounts:

17. Liberty Mutual Insurance check# 426645491, for claim# 036151378-0002, dated January 2, 2018, made payable to Ann Eggert 5520 Fern Valley Rd STE 108 Louisville, KY 40228-1088, totaling $1,318.00. The back of this check shows "Ann Eggert" printed and a signature appearing to be GARCIA's. The check was deposited into GARCIA's account ending in 3686 on January 11, 2018.

18. State Farm Fire and Casualty Company check# 111046488J, dated January 10, 2018, made payable to Kentucky PT PLLC, totaling $695.00. The back of this check shows "Kentucky PT PLLC" printed and a signature appearing to be GARCIA's. The check was deposited into GARCIA's account ending in 9599 on January 19, 2018.

19. Kentucky Farm Bureau Mutual Insurance Company check# 54350353, dated January 4, 2018, made payable to KY PT PLLC, totaling $941.00. The back of this check shows "KYPT PLLC" printed and a signature appearing to be GARCIA's. The check was deposited into GARCIA's account ending in 9599 on January 12, 2018.

20. Liberty Mutual Insurance check# 42674545, for claim# 036035544-0001, dated January 3, 2018, made payable to Ann Eggert 5520 Fern Valley Rd STE 108 Louisville, KY 40228-1088, totaling $1,642.00. The back of this check shows "Ann Eggert" printed and a signature appearing to be GARCIA's. The check was deposited into GARCIA's account ending in 3686 on January 12, 2018.

21. Liberty Mutual Insurance check# 42664592, for claim# 036035544-0005, dated January 2, 2018, made payable to Ann Eggert 5520 Fern Valley Rd STE 108 Louisville, KY 40228-1088, totaling $1,874.00. The back of this check shows "Ann Eggert" printed and a signature appearing to be GARCIA's. The check was deposited into GARCIA's account ending in 3686 on January 12, 2018.

22. The above are just a few examples of checks GARCIA stole, forged the intended recipient's endorsement and deposited into his personal bank accounts.

Beginning in approximately August 2017, and continuing through November 2018, GARCIA stole approximately $166,864.29 in KYPT receivables and deposited into his personal bank accounts without authorization. Investigators are awaiting the results of an updated subpoena request for 2019 records. Based on the interview with Eggert, investigators believe the total amount stolen by GARCIA will be much higher when adding the 2019 records.

23. In each instance of depositing one of these checks, GARCIA initiated a wire transfer of funds that processed through PNC Bank servers. PNC operates in multiple states and has servers that are maintained outside the state of Kentucky.

## IV. CONCLUSION

23. Based on the forgoing facts and circumstances, I believe probable cause exists to issue a criminal complaint against FRANK GARCIA GUTIERREZ for criminal acts related to the Wire Fraud and Aggravated Identity Theft as stated above. I hereby make application that an Arrest Warrant be issued authorizing me, with the necessary and proper assistants, to arrest FRANK GARCIA GUTIERREZ.

_____
Aaron M. Mehall
U.S. Postal Inspector
United States Postal Inspection Service


Subscribed and sworn before me this 3rd day October 2019.

_____
United States Magistrate Judge
Colin H. Lindsay

4