FILED
VANESSA L. ARMSTRONG
MAR 02 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                          PLAINTIFF

vs.                                           CRIMINAL NO. 3:190-MJ-697

FRANK GARCIA-GUTIERREZ                       DEFENDANT

## MOTION TO DISMISS COMPLAINT

Comes the United States, by counsel, and moves that the complaint against the defendant be dismissed.

As grounds for the motion, the United States is filing a felony information to replace the complaint and therefore the criminal complaint is no longer necessary.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

s/Joshua Judd
Joshua Judd
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Brian Butler, counsel for the defendant.

                                                  s/Joshua Judd
                                                  Joshua Judd
                                                  Assistant U.S. Attorney