UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                                                        CRIMINAL NO. 3:190-MJ-697

FRANK GARCIA-GUTIERREZ                                                                      DEFENDANT

## ORDER OF DISMISSAL

Upon motion of the United States, and the Court being sufficiently advised,

It is hereby ORDERED that the complaint against FRANK GARCIA-GUTIERREZ, defendant, be, and the same hereby is, DISMISSED.

He has been charged by a separate Information to be filed in court this same day. He will remain on the same bond conditions as previously ordered by this Court.

cc:   United States Attorney
      United States Marshal
      U. S. Probation Office